# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| Mindy Witzberger**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:19-cv-00312-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Andrew M. Saul**,** | ) | |
| | ) | |
| Defendant. | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 21, 2020 Order.

August 21, 2020

_Frank G. John_

Frank G. Johns, Clerk
United States District Court